**David R. Boyajian, OSB #112582**
Email dboyajian@schwabe.com
**Daniel F. Knox, OSB #782785**
Email dknox@schwabe.com
**Noah Jarrett, OSB# 994484**
njarrett@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981
Fax 503.796.2900
Of Attorneys for Plaintiff, CHMM, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**CHMM, LLC,**

Plaintiff,

v.

**FREEMAN MARINE EQUIPMENT, INC.,**

Defendant.

No. 3:12-cv-1484

RULE 7.1 CORPORATE DISCLOSURE STATEMENT

/ / /

/ / /

/ / /

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, the undersigned counsel of record for Plaintiff CHMM, LLC certifies that Plaintiff has no corporate ownership and that its respective owners are citizens of the states of Florida, Michigan, and Connecticut.

Dated this 16th day of August, 2012.

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By: *s/ David R. Boyajian*
David R. Boyajian, OSB #112582
Daniel F. Knox, OSB #782785
Noah Jarrett, OSB# 994484
Telephone 503.222.9981
Of Attorneys for Plaintiff, CHMM, LLC

Trial Attorney: Daniel F. Knox



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981 Fax 503.796.2900