# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CHMM, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**FREEMAN MARINE EQUIPMENT, INC.,**<br><br>Defendant. | Case No. 3:12-cv-1484-ST<br><br>**DECLARATION OF ROBERT KERCHER** |

Robert Kercher declares under penalty of perjury as follows:

1. I am the senior Captain of the yacht Jamaica Bay and am the owner of B&L Offshore Marine Ltd, which provides services to CHMM, LLC, the owner of the yacht.

2. I confirm that on October 4, 2012, we again reviewed the yacht's records and to date have found no Freeman warranty relating to the Door that is the subject of this lawsuit.

3. To the best of my knowledge, CHMM, LLC and the yacht Jamaica Bay were provided with no Freeman warranty relating to the Door that is the subject of this lawsuit.



RBK

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Kittery Point, Maine
October 19, 2012

By: ______________________

Robert Kercher



RKR