IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHMM, LLC,                                     3:12-cv-01484-ST

     Plaintiff,                          ORDER

v.

FREEMAN MARINE EQUIPMENT, INC.,

     Defendant.

BROWN, Judge.

     Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#70) on October 30, 2014, in which she recommends this Court:  1) grant in part Defendant Freeman Marine Equipment's Motion (#65) for Summary Judgment as to CHMM's lack of standing to recover damages for personal effects, clothing, and paintings not owned by Plaintiff CHMM; 2) deny in part Freeman's Motion for Summary Judgment as to damages for repair of Crew Cabin 8; and 3) grant CHMM's underwriter, American Insurance Company (ACE), leave to ratify or to join this action as a named

1 - ORDER

plaintiff pursuant to Federal Rule of Civil Procedure 17(a)(3). This matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles de novo, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#70).  Accordingly, the Court **GRANTS in part** and **DENIES in part** Defendant's Motion (#65) for Summary Judgment and, pursuant to Federal Rule of Civil Procedure 17(a)(3), **GRANTS** ACE leave to ratify or to join this action as a named plaintiff.

IT IS SO ORDERED.

DATED this 20th day of November, 2014.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER